In the Matter of the Application of CATHERINA LAURO, Appellant, for an Order Directing Register of the City of New York, Respondent, to Cancel and Discharge of Record a Mortgage Covering Premises 1077 Union Ave., Borough of The Bronx.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHY S. THACKREY, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JOHN J. BRAHAM, JR., Respondent, v. MORRIS WEINBERG, as General Partner Trading under the Name of ADAR COMPANY, Appellant.— Judgment unanimously reversed and the order unanimously reversed to the extent that the question of defendant's good faith in failing to produce records showing orders received from plaintiff's customers, is remanded to the Special Term to determine such issue on evidence, and in the event of a determination by Special Term that defendant was guilty of bad faith, the defendant should be debarred from maintaining his defense as to the amount of commissions payable but should not be debarred from his defense that the contract did not entitle the plaintiff to commissions, with costs and disbursements to the appellant. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of GIOVANNI GIRARDON, Appellant. ALBERT DE LISSER, State Bank Examiner, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [190 Misc. 773.]

In the Matter of the Application of JOSEPH MILTON, Appellant. PHOTO-GRAPHIC TRADE NEWS, INC., et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted subject to the limitations consented to by the petitioner in his reply affidavit. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between LOCAL 1482 OF THE BROTHERHOOD OF PAINTERS, DECORATORS AND PAPERHANGERS OF AMERICA, Respondent, and CLOVER LEAF PAINT & VARNISH CORP., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to stay arbitration between the appellant Clover Leaf Paint & Varnish Corp. and the Respondent Local 1482 of the Brotherhood of Painters, Decorators and Paperhangers of America demanded in notice dated April 30, 1947, given by respondent to appellant, granted. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

FORREST N. RANDOLPH et al., Copartners Doing Business as RANDOLPH & MOSES, v. AMERICAN PACKING CORP.— Motion for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 105.]

STARLIGHT FABRICS, INC., v. GLENS FALLS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 756.]

WATCHTOWER BIBLE AND TRACT SOCIETY, INC., et al., v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 272 App. Div. 1039.]